458 A.2d 271

Commonwealth v. Whaley, Appellant.

Submitted January 11, 1983.

Jeffrey A. Connelly, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

The judgment of sentence of the lower court is affirmed.